# EXHIBIT A

to

Petition of the United States

*United States v. Gonzalez* (D. Md.)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) |
| MIKE A. GONZALEZ, | ) |
| | ) |
| Respondent. | ) |

**DECLARATION**

Avery Ashton declares:

1.      I am a duly commissioned revenue officer employed in the Small Business/Self-Employed Division Central Compliance Area of the Internal Revenue Service at 31 Hopkins Plaza, Room 950, GRP 16, Baltimore, MD 21201-2825.

2.      In my capacity as a revenue officer, I am conducting an investigation for the collection of tax liability of Mike A. Gonzalez for the tax year 2024.

3.      In furtherance of the above investigation and in accordance with Section 7602 of Title 26, U.S.C., I issued on January 28, 2026, an administrative summons, Internal Revenue Service Form 6637, to Mr. Gonzalez to give testimony and to produce for examination books, papers, records, or other data as described in said summons. The summons is attached to the petition as Exhibit B.

4.      In accordance with Section 7603 of Title 26, U.S.C., on January 28, 2026, I served an attested copy of the Internal Revenue Service summons described in Paragraph (3) above on Mr. Gonzalez by leaving the summons at his last and usual place of abode by attaching it to the door, as evidenced in the certificate of service on the reverse side of the summons.

5.      On February 17, 2026, Mr. Gonzalez did not appear in response to the summons.

6.      On March 31, 2026, the Office of Chief Counsel sent a letter to Mr. Gonzalez providing him with a last opportunity to meet with a revenue officer on April 21, 2026.

7.      On April 21, 2026, Mr. Gonzalez did not appear in response to the last chance letter. Mr. Gonzalez refusal to fully comply with the summons continues to the date of this letter.

8.      The books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service. On November 7, 2024, Mr. Gonzalez's Power of Attorney, Adam J. Richardson, provided a Form 433-A, *Collection Information Statement for Wage Earners and Self-Employed Individuals*, to the Internal Revenue Service enclosing certain supporting documentation. A review of the form and documentation revealed that considerable portions of the materials required by the summons have not been provided.

9.      All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

10.      It is necessary to obtain the testimony and to examine the books, papers, records, or other data sought by the summons in order to collect the federal tax liability of Mr. Gonzalez for the tax year ended 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 05 day of May, 2026.

Avery Ashton
Digitally signed by Avery Ashton
Date: 2026.05.05 07:57:52 -04'00'

Avery Ashton
Revenue Officer

- 2 -